450 A.2d 1037

Commonwealth v. Johnson, Appellant.

Submitted September 14, 1981. Joseph V. Monaghan, III, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WATKINS and VAN der VOORT, JJ.

Judgment of sentence affirmed.